**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 93 MAL 2019

Respondent :

      : Petition for Allowance of Appeal from
      : the Order of the Superior Court

v. :

BENJAMIN DANIEL KLINGER, :

Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.